ALICE HILBRUNER, Plaintiff-Appellee, *v.* METHODI GUIORGUIEV, d/b/a HAIR REMOVAL CENTER, Defendant-Appellant.

(No. 73-234; ▮▮▮▮▮▮▮▮▮▮▮▮)

Second District (2nd Division)—March 25, 1975.

Opinion by Mr. JUSTICE THOMAS J. MORAN.

Rosenfeld, Hafron, & Shapiro, of Chicago, for appellant.

Raymond J. Courney, of Oak Brook, for the People.